B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____ District Of South Carolina (Columbia)

In re Ava Cureton Artis_____, Case No. 17-02791-hb_____

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust | Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

Phone: 972-347-4350
Last Four Digits of Acct #: 3745

Court Claim # (if known): 1
Amount of Claim: $108,326.67
Date Claim Filed: 1

Phone: 800-365-7107
Last Four Digits of Acct. #: 3745

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002

Phone: 888-738-5873
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Michelle R. Ghidotti-Gonsalves_____    Date: 3/30/2018_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| Prepared By and Return To:<br>Kathleen Collins<br>Collateral Department<br>Meridian Asset Services, Inc.<br>3201 34th Street South, Suite 310<br>St. Petersburg, FL 33711<br>(727) 497-4650 | LANCASTER COUNTY, SC<br>2017018982ASSIGNMENT OF MORTGA<br>RECORDING FEES        $7.00<br>STATE TAX              $0.00<br>COUNTY TAX             $0.00<br>PRESENTED & RECORDED<br>12-28-2017            08:50 AM<br>JOHN LANE<br>REGISTER OF DEEDS<br>LANCASTER, COUNTY SC<br>By: STEPHANIE KNIGHT<br>   BK:MORT 3480   PG:81-82 |

Space above for Recorder's use


5147169

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 2, A DELAWARE STATUTORY TRUST**, whose address is **1100 NORTH MARKET STREET, WILMINGTON, DE 19890**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST N.A., AS TRUSTEE OF THE IGLOO SERIES III TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: **4/10/2008**
Original Loan Amount: **$81,700.00**
Executed by (Borrower(s)): **AVA ARTIS & WILLIAM J CURETON**
Original Lender: **WACHOVIA MORTGAGE, FSB**
Filed of Record: In Book/Liber/Volume **1906**, Page **275**,
Document/Instrument No: **2008005160** in the Recording District of **LANCASTER, SC**, Recorded on **4/11/2008**.

Property more commonly described as: **2406 GOLF COURSE ROAD, LANCASTER, SOUTH CAROLINA 29720**

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 12/7/2017

**WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR VM TRUST SERIES 2, A DELAWARE STATUTORY TRUST, BY NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING, AS ATTORNEY IN FACT**

By: CYNTHIA MICHELLE BROCK
Title: MANAGER

Witness Name: Audra Van Kanner
Witness Name: Ashley T Jones

2568639 Varde_MV_Aug17 5147169

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of <u>South Carolina (Columbia)</u>

In re <u>Ava Cureton Artis</u>,        Case No. <u>17-02791-hb</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>1</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>3/30/2018</u> (date).

| Name of Alleged Transferor | Name of Transferee |
|---|---|
| Shellpoint Mortgage Servicing | U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust |
| Address of Alleged Transferor: | Address of Transferee: |
| P.O. Box 10826<br>Greenville, SC 29603-0826 | c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX  75038 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____        _____
                                              **CLERK OF THE COURT**